UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

NOTICE OF IMPOSITION OF FINE, SPECIAL ASSESSMENT, and/or PROCESSING FEE
PAYMENT INFORMATION

DEFENDANT: Kelley Suzanne Williams   CASE # 2:16-mj-215-NJK
MAGISTRATE JUDGE: Nancy J Koppe   DATE IMPOSED: May 3, 2016

✓ You have been sentenced to pay a fine by the United States District Court.
✓ A special assessment has been imposed in accordance with the Federal Victims Crime Act of 1984 (18 U.S.C. § 3013).
___ A processing fee has been imposed in accordance with the Consolidated Appropriations Act, 2005.

**The amount you owe is as follows:**

Citation/Count # 1         Fine Imposed:    $ 500.00      Citation/Count # ____     Fine Imposed:    $ _____
___ is DISMISSED           Assessment:      $ 10.00       ___ is DISMISSED          Assessment:      $ _____
                           Processing fee:  $ —                                      Processing fee:  $ _____

Citation/Count # 2         Fine Imposed:    $ _____      Citation/Count # ____     Fine Imposed:    $ _____
✓ is DISMISSED             Assessment:      $ _____      ___ is DISMISSED          Assessment:      $ _____
                           Processing fee:  $ _____                                 Processing fee:  $ _____

Citation/Count # ____      Fine Imposed:    $ _____      Citation/Count # ____     Fine Imposed:    $ _____
___ is DISMISSED           Assessment:      $ _____      ___ is DISMISSED          Assessment:      $ _____
                           Processing fee:  $ _____                                 Processing fee:  $ _____

**TOTAL AMOUNT YOU OWE $ 510.00**        **BALANCE YOU OWE (less Cash Bail) $ 10.00**

___ The entire amount listed above is due immediately.
✓ Cash bail in the amount of $ 500.00, previously posted **may** apply toward the fine. **Please obtain a "Bail Release" form from the clerk to accomplish this.**
✓ The Court has authorized a payment schedule for the total amount you owe or any balance due (less cash bail as noted above) as follows:

$ 510.00 due by/within 11/29/2016 ~~days/months~~;   $ _____ due by/within _____ days/months;
$ _____ due by/within _____ days/months;           $ _____ due by/within _____ days/months;

and/or on the _____ day of each _____ until paid in full.

___ **STATUS HEARING** set for Tuesday, _____ at **1:30PM** in Crtm _____. Hearing will be Vacated if fine is paid in full.

**SPECIAL NOTE:**
Until the fine is paid in full, you are required to notify the United States Attorney of any change in your mailing address or residence address not later than 30 days after the change occurs.

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 3 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**Make Payments to:**

___ Central Violations Bureau, P. O. Box 71363, Philadelphia, PA 19176-1363 (Phone 800-827-2982)
(Check; money order; or major credit cards accepted online)   Website: www.cvb.uscourts.gov

✓ Clerk, U. S. District Court, 333 Las Vegas Blvd., South, Rm. 1334, Las Vegas, NV 89101
(Phone # 702-464-5405)  Office hours: 9:00 a.m. to 4:00 p.m., Monday through Friday, except holidays
(**EXACT cash only**; check; money order; or major credit card accepted. This court does not accept payment by phone.)

___ Take this form to the Clerk's Office, Room 1334 (1st floor of this building), immediately following this hearing to make your first or total payment.

PO-Fine Sheet - Rev 7-13