UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

REFERRAL SHEET

```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                    COUNSEL/PARTIES OF RECORD

                    MAY - 3 2016

                    CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
                    BY:_____DEPUTY
```

Referred by: ____ Hon. GEORGE FOLEY, JR., Courtroom #3A
             ____ Hon. PEGGY A. LEEN, Courtroom #3B
             ____ Hon. CARL W. HOFFMAN, Courtroom #3C
             ✓   Hon. NANCY J. KOPPE, Courtroom #3C
             ____ Hon. CAM FERENBACH, Courtroom #3D
             ____ Hon. _____, Courtroom # ____

Today's Date: **May 3, 2016**

Defendant: **Kelley Suzanne Williams**   Case # **2:16-mj-215-NJK**

Please return on **November 29, 2016** at **1:30 PM in 3C**
for ____Trial ____Sentencing ✓Verification of Completion of Sentence ____Initial Appearance

____ If defendant has completed all outstanding sentencing obligations before the next scheduled hearing date, his/her appearance will be waived and counsel may appear on his/her behalf.

**You are referred to the following agency(ies.) TAKE THIS FORM WITH YOU WHEN YOU FIRST REPORT TO ANY OF THESE AGENCIES. Additionally, it is YOUR RESPONSIBILITY to pay any fees charged for participation in any of these programs unless the Court has waived your payment of fees.**

____ **FEDERAL PUBLIC DEFENDER** - 411 E. Bonneville, Suite 250, Las Vegas, Nevada.
Telephone number (702) 388-6577. **Report immediately to schedule an interview.**

____ **PRETRIAL SERVICES** - 333 Las Vegas Blvd. So., Room 1112, Las Vegas, Nevada.
Telephone number: (702) 464-5630. **Report immediately to schedule an interview.**

____ **PROBATION DEPARTMENT** - 300 Las Vegas Blvd. So., Suite 1200, Las Vegas, Nevada.
Telephone number: (702) 527-7300. **Report immediately to schedule an interview.**

✓ **ALTERNATIVE SENTENCING & EDUCATION DIVISION** - Regional Justice Center, 200 Lewis Ave., 4th floor, Las Vegas, Nevada, Telephone number: (702) 229-1344.
Report immediately to schedule. Hours: 7:30 a.m. to 5:00 p.m., Monday through Thursday.
  ✓ DUI School, with Stop DUI Victim Impact    ____ Drinker/Driver Awareness Class
  ____ Petty Larceny Program                    ____ Community Service (____Hours)
  ____ Substance Abuse Program                  ____ Anger Management Class
  ____ Other _____

✓ **COMMUNITY SERVICE** - **64** Hours
  ✓ through Help of Southern Nevada, 1640 E. Flamingo Rd., Suite 100, Las Vegas, Nevada 89119.
  Telephone Number: (702) 369-4357, Ext. 2102. Hours: 7:00 a.m. to 4:00 p.m., Monday through Thursday.
  ____ at Lake Mead National Recreation Area.
  ✓ court-approved nonprofit, charitable organization _____

✓ **RESTRICTION FROM** (✓) Lake Mead National Recreation Area ( ) Red Rock Conservation Area
  ( ) BLM lands in Nevada commencing **5/3/2016** for **6** day(s)/**month(s)**.

✓ **OTHER** - **1 year Unsupervised Probation.**
              **- Not violate any local, state or federal laws.**

PO Referral Sheet - Rev 7/13