LRS Systems - Diploma
User ID: 147185
Class ID: 8b38669d-ca46-49be-aebe-93de66fe5186
DMV License:

```
FILED              Page 1 of RECEIVED
ENTERED                      SERVED ON
            COUNSEL/PARTIES OF RECORD

            DEC 1 3 2016

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
         BY:_____ DEPUTY
```

# Certificate of Completion

---

**LRS Systems, Ltd.**
2077 East Sahara Ave.
Las Vegas, NV 89104

## Nevada DUI

This is to certify that

### Kelley Williams

has completed a Nevada DUI session and has met the requirements for successful completion of this program.

*Completed on 2016-11-16 06:24:45*

| | |
|---|---|
| Court: | Oui |
| Case No.: | 2:16-mj-00215-NJK |
| Return to Court Date: | November 29, 2016 extended |

*Richard B. Vincent*
LRS Systems, Ltd.

---

147185 8b38669d-ca46-49be-aebe-93de66fe5186 2016-11-16 06:24:45

**It is your responsibility to contact the court and provide or verify completion of this course.** This certificate can be used in most cases to verify completion and should be kept with your records.

Signature: _Kelley Williams_  11/16/16
Kelley Williams

**2:16-mj-00215-NJK**

https://www.lrssystems.com/diploma/8b38669d-ca46-49be-aebe-93de66fe5186      11/16/2016

LRS Systems - Diploma

Page 2 of 2

Date: 11/16/16

Leave a message



**SOUTHERN CALIFORNIA VICTIM IMPACT PANEL**
**Proof of Attendance**
Is provided to attendee at the close of the class only.

## COMPLIANCE FORM
This form verifies that the below named party has attended the MADD Victim Impact Panel presentation.

NOTE: IT IS YOUR RESPONSIBILITY TO COMPLETE THIS FORM AND SUBMIT IT TO THE COURT AS YOUR PROOF OF ATTENDANCE.

NOTA: ES SU RESPONSABILIDAD DE LLENAR ESTE FORMULARIO Y ENTREGARLO A LA CORTE, COMO PRUEBA DE SU ASISTENCIA.

Invalid without raised embossed MADD logo

Supervisor's signature:
*Patricia Quellera*
Regional Executive Director, Southern California

MADD Victim Impact Panel

**Class Date:**

YOUR NAME / SU NOMBRE: Kelley Williams          DATE: SEP 15 2016

COURT / CORTE: US District of Nevada   CASE# / NUMERO DEL CASO: 2:16-mj-00215-NJK

For verification, call MADD Southern California office at (714) 838-6199

**Watson Advisement: Vehicle Code Section 23593(a)**
Being under the influence of alcohol or drugs, or both, impairs the ability to safely operate a motor vehicle. Therefore, it is extremely dangerous to human life to drive while under the influence of alcohol or drugs, or both. If you continue to drive while under the influence of alcohol or drugs, or both, and as a result of that driving, someone is killed, you can be charged with murder.

**Aviso de Watson: Vehicle Code Section 23593(a)**
Se le avisa que estar bajo los efectos de alcohol o drogas, o una combinación de las dos cosas, impide su habilidad de operar un vehículo con precaución. Por ese motivo, es extremadamente peligroso a la vida humana manejar bajo los efectos de alcohol o drogas, o las dos cosas. Si usted continua manejando bajo los efectos del alcohol o drogas, o las dos cosas, y a causa de éste manejo, alguien resulta muerto, se le podrá acusar de asesinato.




# EL MONTE EASTERN LITTLE LEAGUE

August 29, 2016

To whom it may concern:

Re: Kelley Williams – Community Service Hours

This is to inform you that Kelley Williams has completed her 64 hours of community service hours at the El Monte Eastern Little League (a non-profit organization) at Mt. View Park, El Monte, California. Kelley's dates, hours and duties are listed below.

| Date | Event | Description of Duties | Hours |
|---|---|---|---|
| May 7 | Cinco de Mayo Fundraiser | Ticket Booth – Sold Tickets | 8 |
| May 21 | Baseball Games | Snack Bar – worked the grill | 6 |
| May 28 | Baseball Games | Swept, clean bleachers, took food orders and worked the cash register | 6 |
| June 4 | Little League Dance | Food server, sold raffle tickets, cleaned | 6 |
| June 5 | Little League Games | Cleaned restrooms, cleaned bleachers, and worked the snack bar | 5 |
| June 11 | Baseball Games | Worked snack bar, cleaned bleachers | 7 |
| June 15 | Baseball Games | Announced T-Ball Games | 4 |
| June 18 | Baseball Games | Snack Bar, cash register, worked food grill and cleaned | 4 |
| June 19 | Baseball Games | Snack bar, cash register, worked food grill and cleaned | 4 |
| July 2 | Baseball Games | Announced T-Ball Games, prepare food, picked-up trash and swept and mopped | 6 |
| July 18 | T-Ball All Star Games | Announced Games | 4 |
| July 22 | T-Ball All Star Games | Worked snack bar, cooked and cleaned up | 4 |
| | | Total Hours | 64 |

It has been truly my pleasure to help Kelley Williams. She was a delight to work with and I really think she enjoyed it. If you should have any questions, please feel to contact me at (626) 409-3095.

Very truly yours,

*Debbie Garcia*
Debbie Garcia, President
El Monte Eastern Little League

---

Mountain View Park
12127 Elliott Ave.
El Monte, CA 91732

Email: emeasternlittleleague18@gmail.com

Mailing Address
P.O. Box 9071
So. El Monte, CA 91733